1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Levita R. Butts

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9                    **WESTERN DIVISION**

10

11

12 | LEVITA R. BUTTS,                ) Case No.  CV 11-1415-PLA
   |                                 )
13 |         Plaintiff,              ) ORDER OF DISMISSAL
   |                                 )
14 |     vs.                         )
   |                                 )
15 | MICHAEL J. ASTRUE,              )
   | Commissioner of Social Security,)
16 |                                 )
   |         Defendant.              )
17 |_____)

18
           The above captioned matter is dismissed with prejudice, each party to bear
19
   its own fees, costs, and expenses.
20
           IT IS SO ORDERED.
21
   DATE:    August 12, 2011
22
                                              _____
23                                            THE HONORABLE PAUL L. ABRAMS
                                              UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1 | DATE: August 10, 2011		Respectfully submitted,

2 						LAW OFFICES OF LAWRENCE D. ROHLFING
						/s/ *Steven G. Rosales*
3 					BY:_____
						Steven G. Rosales
4 						Attorney for plaintiff Levita R. Butts

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26